AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Elias Salazar-Salgado**

**CRIMINAL COMPLAINT**

Case Number:    **M-18-2616-M**

IAE        YOB:    1985

**Mexico**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **December 20, 2018** _____ in ___ **Hidalgo** ___ County, in

the _____ **Southern** _____ District of _____ **Texas** _____

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___ **8** ___ United States Code, Section(s) ___ **1326** ___ **(Felony)** ___

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Elias Salazar-Salgado was encountered by Border Patrol Agents near Abram, Texas on December 20, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 20, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 30, 2017 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 08, 2009, the Defendant was convicted of 21 USC 841 Possession with intent to distribute at least 50 grams of cocaine base and was sentenced to one hundred twenty (120) months confinement and five (5) years supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

*Approved by Robert Guerra*
*AUSA*

Sworn to before me and subscribed in my presence,

_____ Signature of Complainant

**December 21, 2018** — *S. Yan*

Mickel Gonzalez        **Senior Patrol Agent**

**Juan F. Alanis**                    , U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer